IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

|                              |     |                        |
|------------------------------|-----|------------------------|
| UNITED STATES OF AMERICA     | )   |                        |
|                              | )   |                        |
| v.                           | )   | Case No.   08-CR-088-01 |
|                              | )   |                        |
| JOSE LUIS QUINTERO,          | )   |                        |
|                              | )   |                        |
| Defendants.                  | )   |                        |

---

PRELIMINARY ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.      On June 4, 2008, a federal grand jury sitting in Madison, Wisconsin, returned an indictment against defendant Jose Quintero.  Count 1 charged conspiracy to distribute cocaine.  The indictment also contained a forfeiture allegation for the forfeiture of one 1983 Chevrolet Caprice, vehicle identification number 2G1AN69H4D1127712.

2.      On September 9, 2008, the defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement.  The plea agreement provided that the defendant agree to the forfeiture of one 1983 Chevrolet Caprice, vehicle identification number 2G1AN69H4D1127712.

IT IS THEREFORE ORDERED:

1.      That based upon Jose Quintero's guilty plea, and pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure,

the defendant forfeits to the United States his right, title, and interest in the 1983

Chevrolet Caprice, vehicle identification number 2G1AN69H4D1127712.

2.      The United States Marshals Service is directed to seize and take custody of

the above-referenced property.

3.      Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of

the order and of its intent to dispose of property in such a manner as the Attorney

General may direct.  Any other person, other than the defendant, having or claiming a

legal interest in any of the forfeited property must file a petition with the Court within

thirty days of final publication notice or receipt of actual notice, whichever is earlier.

a.      The petition shall be for a hearing to adjudicate the validity of a

petitioner's alleged interest in the forfeited asset, shall be signed by the petitioner under

penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title,

or interest in the forfeited asset and any additional facts supporting the petitioner's claim

and the relief sought.

b.      The United States may also, to the extent practicable, provide direct

written notice to any person who has an alleged interest in the forfeited asset, as a

substitute for published notice.

4.      Upon adjudication of any and all third party interests, this Court will enter

a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in

which all interests will be addressed.

ORDERED this **22d** day of September 2008.

*Barbara B. Crabb*

BARBARA B. CRABB
Chief United States District Judge