IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA )
)
)
v. )
) Case No. 08-CR-088-C
JOSE LUIS QUINTERO, )
)
Defendant. )
)

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case and good cause appearing, the Court finds that:

1. On September 9, 2008, the defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of one 1983 Chevrolet Caprice, vehicle identification number 2G1AN69H4D1127712.

2. On September 22, 2008, the Court entered a Preliminary Order of Forfeiture.

3. Publication was posted for at least 30 consecutive days beginning on September 29, 2008, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1. That all right, title, and interest in one 1983 Chevrolet Caprice, vehicle identification number 2G1AN69H4D1127712, is hereby conveyed to the United States of America. .

2. The United States Marshal is directed to dispose of the above property in accordance with federal law.

ORDERED this __2d__ day of January 2009.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Judge

2